IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANDREW JEREMIAH SMITH | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:22-cv-184 |
| POCONO COAST WEST, LLC AND ADAM MASON HANSEN | § § § § § | |
| *Defendant*. | § § | |

**EXHIBIT E: LIST OF COUNSEL OF RECORD**

| **ATTORNEY FOR PLAINTIFF ANDREW JEREMIAH SMITH** | **ATTORNEYS FOR DEFENDANT POCONO COAST WEST, LLC AND ADAM MASON HANSEN** |
|---|---|
| **TILTON & TILTON LLP**<br>MICHAEL S. TILTON<br>STATE BAR NO. 24056438<br>RICHARD M. FRANKS<br>STATE BAR NO. 24109888<br>River Oaks Tower<br>3730 Kirby Drive, suite 1020<br>Houston, Texas 77098<br>Telephone: (713) 774-8600<br>Facsimile: (713) 222-2124 | **THE FUENTES FIRM, P.C.**<br>DAVID HELMEY<br>State Bar No. 24092504<br>Federal Bar No. 2790922<br>5507 Louetta Road, Suite A<br>Spring, Texas 77379<br>Telephone: (281) 378-7640<br>david@fuentesfirm.com |